IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

DARRYL LERAY GIBBS, Individually and as
Personal Representative of the Estate of Darryl
Jackson and on behalf of Darryl Jackson's
Surviving heirs and statutory wrongful death
beneficiaries                                                                    PLAINTIFF


v.                                          Civil No. 1:19-cv-1021


DEERE & COMPANY d/b/a JOHN DEERE,
*et al.*                                                                        DEFENDANTS

## ORDER

Before the Court is the parties' Joint Motion for Entry of Stipulated Protective Order. ECF

No. 65. The parties to this case, through their respective counsel, agree to protect the

confidentiality of certain information that may be discovered or offered into evidence at the trial

of this case. Upon consideration, the Court finds that the parties' motion (ECF No. 65) should be

and hereby is **GRANTED**. The Court will enter the parties' proposed Stipulated Protective Order

as a separate docket entry.

**IT IS SO ORDERED**, this 16th day of November, 2020.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge